IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-00337-REB-BNB

EUGENE BRINDISI,

    Plaintiff,

v.

JAMES OKUNO, individually,
THOMAS LANG, individually,
DAVID FUHRER, individually, and
PRO TANS USA, an Arizona corporation,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#8], filed July 13, 2006.  No objections having been filed to the recommendation, I review it only for plain error.  *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#8], filed July 13, 2006, is **APPROVED AND ADOPTED** as an order of this court; and

---

[1] This standard pertains even though plaintiff is proceeding *pro se*.  **Morales-Fernandez**, 418 F.3d at 1122.

2. That plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute, failure to effect timely service of process, failure to inform the court of plaintiff's current address as required by D.C.Colo.LCivR 10.1M, and failure to comply with the court's Order to Show Cause.

Dated August 4, 2006, at Denver, Colorado.

**BY THE COURT:**
**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**